B1 (Official Form 1) (1/08)

# United States Bankruptcy Court
## District of Minnesota

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Koch Group Mpls, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Seven** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **32-0188177** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1143 Orchard Circle**<br>**Mendota Heights, MN**<br>ZIPCODE **55118** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Hennepin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**700 Hennepin Ave., Minneapolis, MN** | ZIPCODE **55403** |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [✓] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Koch Group Mpls, LLC** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
  ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)
☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Koch Group Mpls, LLC** |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Petition Preparer |
|---|---|
| X */s/ Lynn Wartchow*<br>   Signature of Attorney for Debtor(s)<br><br>**Lynn Wartchow 0339726**<br>**Morris Law Group, P.A.**<br>**7241 Ohms Lane**<br>**Suite # 275, MN 55439**<br>**(952) 832-2000 Fax: (952) 832-0020**<br>**lwartchow@morrislawmn.com**<br><br><br>**April 14, 2009**<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address |
| **Signature of Debtor (Corporation/Partnership)** | X _____<br>   Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ Scott M. Kotaska*<br>   Signature of Authorized Individual<br>**Scott M. Kotaska**<br>Printed Name of Authorized Individual<br>**Officer Of LLC**<br>Title of Authorized Individual<br>**April 14, 2009**<br>Date | _____<br>Date<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Minnesota

IN RE:　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. _____

Koch Group Mpls, LLC _____　Chapter 11
　　　　　　　　　Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Carlton Financial<br>1907 E. Wayzata Blvd., Suite 180<br>Wayzata, MN 55391 | Michael McShane, Same Address<br>(952) 831-4490 | Trade debt | | 836,913.42<br>Collateral:<br>100,000.00<br>Unsecured:<br>736,913.42 |
| Minnesota Department Of Revenue<br>P.O. Box 64447-LP<br>St. Paul, MN 55164-0447 | Sales Tax, Same Address<br>(651) 556-3018 | Tax | | 283,830.43 |
| Diversified Construction Of Minneapolis<br>4931 W. 35th Street<br>St. Louis Park, MN 55416 | Same Address | Trade debt | Disputed | 197,492.22 |
| Internal Revenue Service<br>Department Of Treasury<br>Ogden, UT 84201-0051 | Payroll Tax, Same Address<br>(800) 829-4933 | Tax | | 110,612.97 |
| Top-All Roofing, Inc.<br>291 Eva Street<br>St. Paul, MN 55107 | Accounting Dept., Same Address<br>(651) 291-7663 | Construction | | 89,600.00 |
| US Food Service<br>SDS 12-0815, P.O. Box 86<br>Minneapolis, MN 55486-0815 | Heather Essig, Same Address<br>(612) 581-8388 | Trade debt | | 88,826.04 |
| Granite Tops, Inc.<br>1480 Prairie Drive<br>Cold Spring, MN 56320 | Accounting, Same Address<br>(320) 685-3005 | Construction | | 63,369.60 |
| ADP Financial Services<br>11411 Red Run Blvd.<br>Owings Mills, MD 21117 | Veronica Gibson, Same Address<br>(410) 902-2649 | Trade debt | | 54,773.19 |
| Lakeridge Electronic, LLC<br>17002 260th Street<br>Lindstrom, MN 55045 | Gordy Carlson, Same Address<br>(651) 257-7226 | Electrical | | 51,291.95 |
| Atlas Event Productions<br>1841 Lake Street<br>Lauderdale, MN 55113 | Greg Kennedy, Same Address<br>(612) 414-3983 | Trade debt | | 44,924.00 |
| Joseph F. Palen Restaurant Equipment<br>1055 North Fifth Street<br>Minneapolis, MN 55411 | Joseph Palen, Same Address<br>(612) 338-7409 | Trade debt | Disputed | 40,427.20 |
| IFunds<br>40 Burton Hills, Suite 415<br>Nashville, TN 37215 | Same Address<br>(866) 312-6151 | Trade debt | Disputed | 29,000.00 |
| Indiana Insurance<br>P.O. Box 7906<br>Loveland, OH 45140-7906 | Billing Dept., Same Address<br>(800) 667-0608 | Insurance Premiums | | 22,155.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Creditor | Contact | Type | Amount |
|---|---|---|---|
| Swanson Meats, Inc.<br>2700 26th Ave. S.<br>Minneapolis, MN 55406 | Accounting Dept., Same Address<br>(612) 721-4411 | Trade debt | 21,659.44 |
| Griggs, Cooper & Company<br>489 North Prior Street<br>St. Paul, MN 55104 | Holly Smith, Same Address<br>(612) 423-3955 | Trade debt | 20,814.55 |
| JFC International, Inc.<br>815 Turnberry Court<br>Hanover Park, IL 60133-5477 | Accounting Dept., Same Address<br>(630) 539-2800 | Trade debt | 19,517.55 |
| XCel Energy<br>P.O. Box 9477<br>Minneapolis, MN 55484-9477 | Billing Dept., Same Address<br>(800) 481-4700 | Utility | 16,428.58 |
| NRG Energy Center<br>P.O. Box 3161<br>Carol Stream, IL 60132-3161 | Jeremy Pittman 80 S 8th St Mpls MN 55402<br>(612) 436-4108 | Utility | 16,068.68 |
| Promotional Services Plus<br>970 Raymond Ave.<br>St. Paul, MN 55114 | Same Address<br>(651) 645-1358 | Trade debt | 16,068.68 |
| Minnesota Department Of Revenue<br>Mail Station 6501<br>St. Paul, MN 55146-6501 | Wihtholding Tax Division, Same Address<br>(651) 282-9999 | Tax | 15,618.76 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **April 14, 2009**         Signature: **/s/ Scott M. Kotaska**

**Scott M. Kotaska, Officer Of LLC**

(Print Name and Title)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 1008-1 - Proof Of Authority to Sign and File Petition

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Koch Group Mpls, LLC,

Case No. BKY _____

Chapter 11 Case

Debtor(s).

STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Scott M. Kotaska, declare under penalty of perjury that I am one of the Authorized Officers of Koch Group Mpls, LLC, a Minnesota Limited Liability Company, that David Koch is the only other Officer, and that all Officers have authorized me to file a voluntary petition commencing a Chapter 11 voluntary bankruptcy case on behalf of the company. Pursuant to this authorization, a Written Action of the Members was adopted by the Officers and is attached to the filing of the petition.

Executed on: April 13, 2009    Signed: _____
                                       Scott M. Kotaska
                                       Koch Group Mpls, LLC
                                       1143 Orchard Circle
                                       Mendota Heights, MN 55118

# KOCH GROUP OF MPLS, LLC

## WRITTEN ACTION OF THE MEMBERS

The undersigned, all the governors of Koch Group of MPLS, LLC, a Minnesota limited liability company ("the **Company**"), do hereby, by this writing with an effective date of the date hereof, take and adopt the following resolutions:

RESOLVED, that in the judgment of the Board of Governors of Koch Group of MPLS, LLC (the "**Company**"), it is desirable and in the best interests of the Company, its creditors, employees and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**");

RESOLVED, that the officers of the Company, David H. Koch and Scott Kotaska, the Officers of the Company (each, an "**Authorized Officer**") be, and each of them hereby is, authorized on behalf of the Company to execute and verify petitions under chapter 11 of the Bankruptcy Code and to cause such petitions to be filed in the United States Bankruptcy Court for the District of Minnesota (the "**Court**"), each such petition to be filed at such time as the Authorized Officer executing the petition shall determine and to be in the form approved by the Authorized Officer executing such petition, such approval to be conclusively evidenced by the execution, verification and filing thereof;

RESOLVED, that the law firm of Morris Law Group, P.A. be, and hereby is, retained as attorneys for the Company in the Company's chapter 11 case, subject to the approval of the Court;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to execute and file in the Company's chapter 11 case all petitions, schedules, motions, lists, applications, pleadings and other papers, and, in connection therewith, to retain and obtain assistance from additional legal counsel, accountants, financial advisors and other professionals, and to take and perform any and all further acts and deeds that any such Authorized Officer deems necessary or desirable in connection with the Company's chapter 11 case;

IN WITNESS THEREOF, I have hereunto set my hand this 3rd day of March, 2009.

_____
David H. Koch

_____
Scott Kotaska